**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

UNITED STATES OF AMERICA                                          PETITIONER

v.                                    No. 3:07CV00086 JLH

JEFFREY A. WATSON                                                 RESPONDENT

## ORDER

 The United States has filed a Motion to Withdraw Petition to Enforce Internal Revenue

Service Summons.  Document #4.  The motion is GRANTED, and the hearing previously scheduled

for 3:30 p.m. on July 30, 2007, is canceled.

 ENTERED this 20th day of July, 2007.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE