## *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

vs.                      NO. 3:07CV00086 JLH

JEFFREY A. WATSON                                            DEFENDANT

### ORDER OF DISMISSAL

       This matter was filed on June 26, 2007, in order to adjudicate the Petition to Enforce IRS Summons.  The petition was withdrawn on July 19, 2007.  The case is now moot, and hereby dismissed without prejudice.

       IT IS SO ORDERED this 6th day of August, 2007.

                                                                  _____
                                                                  J. LEON HOLMES
                                                                  UNITED STATES DISTRICT JUDGE